**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **EAST ST. LOUIS LABORERS' LOCAL 100,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 05-cv-0023-MJR |
| | ) |
| **BELLON WRECKING & SALVAGE CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**REAGAN, District Judge:**

On January 26, 2005, this Court granted Local 100's motion for preliminary injunction. Bellon appealed. On July 6, 2005, the United States Court of Appeals for the Seventh Circuit found the preliminary injunction should not have issued, because Local 100 had *not* shown irreparable harm. The case was remanded with instructions to dissolve the preliminary injunction.

Having now received the mandate, this Court can comply with that directive. Accordingly, this Court now **DISSOLVES** the preliminary injunction previously issued and **SETS A STATUS CONFERENCE** at **11:00 am on Friday, September 23, 2005**. Counsel should be prepared to discuss (a) what remains of the case, (b) whether the complaint will be amended, and (c) whether it is appropriate to now enter a Scheduling and Discovery Order and set a trial date.

**IT IS SO ORDERED.**

**DATED this 18th day of August, 2005.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**